**13CV6469**

U.S. DISTRICT COURT OF SOUTHERN NEW YORK
OFFICE OF THE CLERK : Hon. Chief Judge
September 4, 2013

Da Veng Wee
a petitioner

V.

SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS

RECEIVED
SEP 10 2013
PRO SE OFFICE

Plus one Hundred millions dollars of damages
AS ADOPTED IN FULL

UNDER 42 USC 1983 A CIVIL RIGHTS ACTION PLRA
WITH THE WRIT OF SUMMONS AND A COMMPLAINT SOLEI
BY FEDERAL OR THE LAW OF THE STATE

CHIEF JUSTICE JOHN ROBERTS ATTORNEY GENERAL ERIC HOLDER UNDER DUE PROCESS EQUAL RIGHT EN BANC

PASS A RESOLUTION A PLEADER INJURY ENTITLED TO REDRESS REQUIRED ATTAINED CONFIRMED A WRIT OF CERTIORARI AND NOW REVERSED REQUIRED CONSTANT

ATTAIN A PETITION FOR A REVIEW ON A WRIT OF CERTIORARI TO A DECISION A RECOVER ON A THEORY PERSIST INSIST FIRMLY FOR INJURY

PROPER A WRIT OF EXECUTION A CONTRACT A BARGAIN A CONSIDERATION FOREIGN STATE AN APPLICATION BY A PARTY TO A DETERMINATION PROPER

REASONABLE AMOUNT TOTAL REAL TO REDRESS PROMPT PAY IN FULL WITHIN TEN DAYS PAY DUTIES IN ANOTHER SUE ANY RIGHT SUE ANY CONVICTION INJURY TO REDRESS TO A WRIT OF

ATTACHMENT GARNISHMENT AN OWNERSHIP AMOUNT OF DAMAGES IS FIVE MILLIONS DOLLARS TO
Da Veng Wee 63094-054   DEPOSIT IN THE BANK TAXPAYER IN EQUITY PAY IN FULL WITHIN

TEN DAYS FOR A DETERMINATION NOW REVERSED ONE TO FIVE YEARS TREASURY NOTES FOR A DETERMINATION SELECTED BY SUPREME COURT OF THE UNITED STATES IN EQUITY A WRIT OF

A REVIEW BY MR PRESIDENT OF THE UNITED STATES BARACK OBAMA A PRIVILEGE A PARDON A BILL OF RIGHT POSSESSION GUARANTEE A RIGHT IN ANOTHER I AM INJURY TO REDRESS

REQUIRED REAL OBTAIN SECURE EXACT REALIZED ATTAINED COFIRMED SOLELY OWN BY JURY OF RECEIPT IMMEDIATELY A TRANSFER BARGAIN SETTLEMENT SEALED INSTRUMENT AN EARLIER

AMENDED PROPERLY VALID REASONABLE A TREATY DECREE NOW FOR SALE APPROPRIATION

I belief I am entitled to redress
a petition for a rehearing

A PRAYER A CLAIM BY Da Veng Wee 63094-054
The name of
A PRO SE PARTY A REQUIRED

ANTITRUST LAWS SHERMAN ACT CLAYTON ACT ROBINSON PATMAN ACT ANTIDISCRIMINATION ILLEGAL PRICE DISCRIMINATION ONE MILLION DOLLARS DONATE TO PENTAGON

PLEADER IS ENTITLED TO REDRESS COLLECTIVE BARGAINING AGREEMENT WITHIN 30 DAYS A FINAL JUDGMENT A CLAIM A COMPLAINT A PLAINTIFF A PERSON A REMEDIES HIS INJURY

CLAIM TO REDRESS REQUIRED A PARTY HE IS A PARTY A TIMELY ACCOMPLISH UNCONSTITUTIONAL CONVICTION BY WITNESS FALSE ASSUME INFER PRESUMPTION NO RACIAL DISCRIMINA-

TION IMMINENT DANGER OF SERIOUS PHYSICAL INJURY ONCE AT ONCE PUBLICATION CONGRESS REFERENCE PUNITIVE DAMAGES REQUIRED IN GOOD FAITH HONESTY INDEMNITY REQUIRED

not for delay
ILLEGAL CONSPIRACY CHARGE ILLEGAL STATE CONVICTION ACCUSED INNOCENCE FRAUD MISTAKE ALLEGED MISCONDUCT CONFINED ACCIDENT ILLEGAL DEPORTATION CRUEL AND UNUSUAL PUNISH

MENT VIOLATION FAMILIES IN AMERICA RESIDE IN AMERICA WILLFULLY MALICIOUSLY INNOCENCE AUTHORIZED CONCLUSION OF LAW APPROPRIATE FOR ONE OF PETITIONERS An individual an end a petition for a writ of Habeas Corpus a Foreign State a case no more than 30 days a master an issue private privacy right a showing a rule alone an important an immediately determination in a way one man one vote a right for First and Fourteenth Amendments Art IV in such a proceeding a decision in a Habeas Corpus proceeding commenced pay any debt in full within ten days

*U. S. DISTRICT COURT OF SOUTHERN NEW YORK*
*OFFICE OF THE CLERK: HON. CHIEF JUDGE*
*SEPTEMBER 4. 2013*

| | |
|---|---|
| YOUNG YIL JO<br>  A PETITIONER<br>V.<br>SIX UNKNOWN NAMES AGENTS<br>OR MR. PRESIDENT OF THE<br>UNITED STATES BARACK OBAMA<br>    RESPONDENTS | UNDER 42 USC 1983 A CIVIL RIGHTS ACTION<br>WITH THE WRIT OF SUMMONS AND A COMPLAINT BY SOLELY OWN<br>BY FEDERAL OR THE LAW OF THE STATE *a petition for rehearing*<br>CHIEF JUSTICE; JOHN ROBERTS   ATTORNEY GENERAL: ERIC HOLDE<br>UNDER DUE PROCESS EQUAL RIGHT EN BANC PASS A RESOLUTION<br>A PLEADER INJURY ENTITLED TO REDRESS REQUIRED ATTAINED |

*In full within ten days   pay any debt*
*Plus one hundred millions dollars damages*

A WRIT OF CERTIORARI AND NOW REVERSED REQUIRED CONSTANT
ATTAIN A PETITION FOR REVIEW ON A WRIT OF CERTIORARI TO A
DECISION A RECOVER ON A THEORY PERSIST INSIST FIRMLY FOR
INJURY  IMMEDIATELY APPROPRIATION FOR SALE AUTHORIZED

*an* ADOPTED IN FULL PROPER A WRIT OF EXECUTION WRIT OF RIGHT A CONTRACT A BARGAIN A CONSIDER
ATION  AN APPLICATION BY A PARTY TO A DETERMINATION PROPER REASONABLE AMOUNT TOTAL REAL TO REDRESS

PROMPT PAY IN FULL WITHIN TEN DAYS PAY DUTY IN ANOTHER SUE ANY RIGHT SUE ANY CONVICTION INJURY TO
A WRIT OF ATTACHMENT GARNISHMENT AN OWNERSHIP AMOUNT OF DAMAGES FIVE MILLIONS DOLLARS TO YOUNG YI

JO, 01183-112  DEPOSIT IN THE BANK TAXPAYER IN EQUITY PAY IN FULL WITHIN TEN DAYS FOR REDRESS TO
HIM FOR A DETERMINATION NOW REVERSED ONE TO FIVE YEARS TREASURY NOTES FOR A DETERMINATION SELECTED

BY SUPREME COURT OF THE UNITED STATES IN EQUITY  A WRIT OF REVIEW BY MR PRESIDENT OF THE UNITED
STATES BARACK OBAMA A PRIVILEGE A PARDON A BILL OF RIGHT POSSESSION GUARANTEE A RIGHT IN ANOTHER

I AM INJURY TO REDRESS REQUIRED REAL OBTAIN SECURE EXACT REALIZED ATTAINED CONFIRMED SOLELY OWN
BY JURY OF RECEIPT  50 % L.A. CA 50 % S-KOREA IMMEDIATELY A TRANSFER A FINAL JUDGMENT WITHIN TEN

DAYS REQUIRED   ONE MILLION DOLLARS DONATE TO PENTAGON    APPROPRIATE FOR ONE OF PETITIONERS
*once a claim for a relief*  *Young Yil Jo*  *a foreign state a motion to a conference by mail  a case*
A PRAYER A CLAIM BY YOUNG YIL JO, 01183-112 A092-248-783 SS-NO 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 A PRO SE PARTY
REQUIRED U. S. CITIZENSHIP CARD AND DRIVE LICENCE IN CALIFORNIA *I believe I am entitled to redress*

ANTITRUST LAWS SHERMAN ACT CLAYTON ACT ROBINSON PATMAN ACT ANTIDISCRIMINATION ILLEGAL PRICE DISCR
IMINATIONCOLLECTIVE BARGAINING AGREEMENT WITHIN 30 DAYS SETTLEMENT A SEALED INSTRUMENT EARLIER AN

AMENDED VALID A TREATY A CLAIM A COMPLAINT A PLANTIFF A PERSON  A REMEDIES HIS INJURY CLAIM A PAR
TY A PARTY A TIMELY ACCOMPLISH IMMINENT DANGER OF SERIOUS PHYSICAL INJURY I HAD BEEN AN IN-

JURED BROKEN A LEG AT FCI GREENVILLE, IL ON 2008 3 YEARS CONFINED IN PRISONS FOR NOTHING ONCE AT
ONCE PUBLICATION CONGRESS REFERENCE PUNITIVE DAMAGES REQUIRED 20 SENTENCED FOR ATTEMPT BUY DRUG
*not for delay*   *years*
CHARGED FOR FRAMEWORK INDEMNITY REQUIRED IN GOOD FAITH HONESTY FRAUD MISTAKE ALLEGED MISCONDUCT
TORTURE KIDNAP UNCONSTITUTIONAL DEPORTATION CRUEL AND UNUSUAL PUNISHMENT VIOLATION I AM NOW FEDER

AL DE A AL DE PORTATION CENTER  A JUDGMENT OF CONVICTION IN APPEALS IN NINTH CIRCUIT 13-10056
93-CR-05230-OWW  E-CA NO ASSUME FALSE INFER PRESUMPTION REASONABLE PROPER VALID A LEGISLATIVE
IMMEDIATELY NOW FOREIGN STATE  1993 SEP 26 8PM WHO CALLED ME BY PHONE I NEED MONEY FOR HOTEL FEE

WHY YOU ARE THERE I HAVE GIRL FRIEND I DON'T HAVE CAR I CAME BY BUS I NEED TWO HUNDRED DOLLARS
PLEASE O. K. I BE THERE 30 MINUTES LATER 8;30 PM I BEEN THERE DOWN TOWN LOS ANGELES BONA VENTURE

HOTEL LOBBY I SEEN HIM I GAVE TO HIM $200 DOLLARS AND THEN UNDERCOVER AGENT ARRESTED ME BY ATF
THEY SAID ATTEMPT BUY DRUG CHARGE BUT THIS CASE DISMISSED BY 93 L.A. FEDERAL D. C. AND CHARGE AG-

AIN I HAD 20 YEARS SENTENCED I WAS POOR ENGLISH NOW I KNOW THAT DOUBLE JEOPARDY FRAMEWORK FALSE
ASSUME INFER PRESUMPTION MORAL TURPITUDE OR UNSCRUPULOUS ONLY WHITE JURORS INTRIAL WILLFULLY MAL-

ICIOUSLY RACIAL DISCRIMINATION UNCONSTITUTIONAL CONVICTION BY WITNESS  INNOCENCE CONCLUSION OF LAW

*An application for a writ of Habeas Corpus  no more than 30 days  An individual a trial by jury an End*
*a private privacy right An individual a master an issue a document a showing a rule an individual*
*an immediately determination in a way one man one vote an important a right for First*
*and Fourteenth Amendments in such a proceeding ART III  a decision in a Habeas Corpus proceeding commen-*
*ced*